In the Matter of the Accounting of JAMES HOWARD, as Executor and Trustee under the Will of PETER MALLON, Deceased, Appellant.
BRIDGET M. HARTNETT, as Successor Trustee, Respondent.

*Matter of Howard*, 110 App. Div. 61, affirmed.
(Argued April 16, 1906; decided May 1, 1906.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered December 29, 1905, which affirmed a decree of the Kings County Surrogate's Court surcharging the accounts of the executor and trustee herein.

*C. Walter Artz* and *Frederick W. Frost* for appellant.

*Michael F. McGoldrick* for respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT and CHASE, JJ.